**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

COREY SANDERS
ADC # 113737                                                                                            PLAINTIFF

V.                                       5:05CV00075 JMM/HDY

LARRY NORRIS, Director, Arkansas Department of Correction;
JAMES GIBSON, Disciplinary Hearing Officer, Arkansas
Department of Correction; GAYLON LAY, Warden, Cummins
Unit, Arkansas Department of Correction; LORIE TAYLOR,
Disciplinary Hearing Officer, Arkansas Department of Correction;
KELLY BEATTY, Drug Testing Coordinator, Cummins Unit,
Arkansas Department of Correction; K.E. LUCKETT, Assistant Warden,
Cummins Unit, Arkansas Department of Correction                             DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITH PREJUDICE. Furthermore, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

IT IS SO ORDERED this  12   day of December, 2006.

_____
UNITED STATES DISTRICT JUDGE